JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO CASTILLO,<br><br>  Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; and DOES 1 to 50, inclusive,<br><br>  Defendants. | Case No. 2:22−cv−03980 SPG(SKx)<br><br>**ORDER OF DISMISSAL**<br><br>Complaint Filed: May 18, 2022 |

## ORDER OF DISMISSAL

Pursuant to the Stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

/ / /

/ / /

/ / /

/ / /

The parties further agreed that the Court shall retain jurisdiction for the purposes of enforcing the terms of the parties' Settlement Agreement.

Dated: __March 14__, 2024

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT COURT

- 2 -
ORDER OF DISMISSAL